AUG 5 2024 PM2:46
FILED_M- USDC - BPT- CT

EVENS

V.

FCI DANBURY
WARDEN STOVER
CAPTAIN SMITH
Health SERVICE
MS. DUKATE
OPTOMETRIST
THOMAS WAGNER

42   U.S.C   1983

THIS LAWSUIT IS BEING FILED aGAINST all THe PARTIES aBOVE. PETITIONER IS SEEKING COMPENSATORY DAMAGES OF $ 100,000, NOMINAL DAMAGES OF $ 100,000, and PUNITIVE DAMAGES OF $ 250,000.

SECTION 42 U.S.C 1983 STATES THAT. EVERY PERSON WHO. UNDER COLOR OF any STATUTE, ORDINANCE, REGULATION, CUSTOM, OR USAGE, OF any STATE OR TERRITORY OR JURISDICTION THEREOF TO THe DEPRIVATION OF any RIGHTS, PRIVILEGES OR IMMUNITIES SECURED BY THE CONSTITUTION and laws, SHALL BE LIABLE TO THe PARTY INJURED IN an aCTION aT LaW, SUIT IN EQUITY, OR OTHER PROSPECT PROCEEDING FOR REDRESS, EXCEPT THaT IN any aCTION BROUGHT aGAINST a JUDICIAL OFFICER FOR an aCT OR OMISSION TAKEN IN SUCH OFFICER'S JUDICIAL CAPACITY, INJUNCTIVE RELIEF SHALL NOT BE GRANTED UNLESS a DECLARATORY DECREE WAS VIOLATED OR DECLARATORY RELIEF WAS UNAVAI-LABLE. FOR THe PURPOSES OF THIS SECTION, any ACT OF CONGRESS aPPLICABLE EXCLUSIVELY TO THe DISTRICT OF COLUMBIA SHALL BE CONSIDERED TO BE a STATUTE OF THE DISTRICT OF COLUMBIA.

1

BETWEEN THE END OF THE YEAR 2021 TO THE BEGINNING OF THE YEAR 2022, DR. GREEN AFTER CONSULTING CLAUDE AND HIS OPHTOMOLOGIST, ISSUED A MEDICAL PASS TO PUT ALL FCI DANBURY STAFF ON NOTICE OF NOT TO HOUSE CLAUDE IN QUARTERS, WHERE FANS ARE BLOWING DIRECTLY IN HIS AREA BECAUSE THEY WILL WORSEN CLAUDE'S EYES CONDITION AND CAUSE A LOT OF PAIN. ALL THESE DEFENDANTS THAT THE LAWSUIT IS AGAINST, KNOWING THAT CLAUDE MEDICAL RECORDS STATE THAT HE HAS AN EYE IMPAIRMENT CALLED EXTREME DRY EYES, THAT HE IS PRESCRIBED 3 DIFFERENT MEDICATION FOR IT AND THAT COMMON SENSE TELLS YOU THAT FANS BLOW DRY ANYTHING IN ITS PATH, SO THEREFORE THEY WILL WORSEN ANYTHING THAT'S ALREADY DRY, CONSPIRE TOGETHER AND HAD DR. GREEN MEDICAL ASSESSMENT TAKEN OUT OF CLAUDE MEDICAL PASS. CLAUDE HAS BEEN LIVING IN QUARTERS WITH AT LEAST 10 + FANS BLOWING IN HIS SLEEPING QUARTERS. CLAUDE WAS TAKEN TO THE AN EYE SPECIALIST AT YALE UNIVERSITY, AN OPHTOMOLOGIST ON JULY 3, 2023. AGAIN THE OPHTOMOLOGIST RECOMMENDED THAT CLAUDE BE HOUSED IN QUARTERS WITH NO FANS BECAUSE OF WHAT THE FANS ARE DOING HIS EYES. DR. GREEN UPDATED CLAUDE'S MEDICAL PASS AGAIN, SO CLAUDE MAY BE HOUSED IN QUARTERS WITH NO FANS. AGAIN, WITHOUT EVEN SEEING CLAUDE TO EXAMINE HIM, THEY ALL CONSPIRED WITH OPTOMETRIST THOMAS WAGNER, WHO IS NOT QUALIFIED TO GIVE ANY OPINION ON CLAUDE'S MEDICAL CONDITION, HAD THE RECOMMENDATION TAKEN OUT AGAIN. CLAUDE WAS BORN WITH AN EYE IMPAIRMENT CALLS KERATOCONUS,

2

first one was done in 1999 in his left eye and the right was done in 2006. Because these transplants were performed by an ophtomologist, optometrist are not qualified to give any opinion on Claude eye condition, the BOP knows that, that's the reason why, for the last 13 years that Claude has been incarcerated, no matter what prison he's at, he's always being referred to see an opthmologist, even at FCI Danbury. Claude has signing for sick call for the last almost 3 years complaining about the pain and that the eyes condition is worsened because of the fans. FCI Danbury and the other defendants in this suit have thrown away most of his sick call slips, because they are not part of his medical records, there were times, Claude was signing once a week for months to be told, we can't do anything for you and to have gotten some of his medical records and see that most of the sick call slips are missing. He wore contact lenses for over 4 years that were supposed to be worn up to 1 year, he is being delayed many times to go see the opthomologist for new contact lenses, when the opthomologist has asked for Claude to come back to see her within 3 weeks. Claude has been in constant pain for the last few years, unbearable pain at times, his vision has worsened, because these defendants have showing deliberate indifference to his medical needs.

3

A. Legal Standard

The Eighth Amendment's cruel and unusual punishments clause "imposes a duty upon prison officials to ensure that inmates receive adequate **medical** care." *Salahuddin v. Goord*, 467 F.3d 263, 279 (2d Cir. 2006) (citing *Farmer v. Brennan*, 511 U.S. 825, 832, 844, 114 S. Ct. 1970, 128 L. Ed. 2d 811 (1994)). To state an Eighth Amendment claim regarding inadequate **medical** treatment, Plaintiff must present evidence "showing the offending official's '**deliberate indifference** to [his] serious **medical** needs.'" *Thomas v. Wolf*, 832 F. App'x 90, 92 (2d Cir. 2020) (quoting *Hill v. Curcione*, 657 F.3d 116, 122 (2d Cir. 2011)). There are two elements to a claim for **deliberate indifference** to **medical** needs.

The first element is objective: the alleged deprivation of adequate **medical** care must be sufficiently serious. *Salahuddin*, 467 F.3d at 279. The inmate must "show that he was 'actually deprived of adequate **medical** care'{2024 U.S. Dist. LEXIS 16} by an official's failure 'to take reasonable measures in response to a [sufficiently serious] **medical** condition.'" *Thomas*, 832 F. App'x at 92 (brackets in original) (quoting *Salahuddin*, 467 F.3d at 279-80). Establishing an objectively serious deprivation requires the Court to make two separate inquiries. First, the Court must determine whether the inmate "was actually deprived of adequate **medical** care." *Salahuddin*, 467 F.3d at 279. In assessing this issue, the Court must keep in mind that a **medical** provider is only required to have "act[ed] reasonably." *Id.* at 279-80 (quoting *Farmer*, 511 U.S. at 845). Second, the Court must determine "whether the inadequacy in **medical** care is sufficiently serious," which requires examination of "how the offending conduct is inadequate and what harm, if any, the inadequacy has caused or will likely cause the prisoner." *Id.* at 280.

A "sufficiently serious" deprivation can exist if the plaintiff suffers from an urgent **medical** condition that can cause death, degeneration, or extreme or chronic pain. *See Brock v. Wright*, 315 F.3d 158, 162-63 (2d Cir. 2003); *see also Hathaway v. Coughlin*, 99 F.3d 550, 553 (2d Cir. 1996). In addition, a **medical** condition may not initially be serious, but may become serious because it is degenerative and, if left untreated or neglected for a long period of time, will "result in further significant injury or the unnecessary and wanton infliction of pain."{2024 U.S. Dist. LEXIS 17} *Harrison v. Barkley*, 219 F.3d 132, 136 (2d Cir. 2000) (quoting *Chance v. Armstrong*, 143 F.3d 698, 702 (2d Cir. 1998)). The Second Circuit has identified several factors that are "highly relevant" to the question of whether a **medical** condition is sufficiently serious, including "an injury that a reasonable doctor or patient would find important and worthy of comment or treatment; the presence of a **medical** condition that significantly affects an individual's daily activities; or the existence of chronic and substantial pain." *Chance*, 143 F.3d at 702 (quoting *McGuckin v. Smith*, 974 F.2d 1050, 1059-60 (9th Cir. 1992)).

Courts also distinguish claims for denial of treatment from those for delay in treatment. *See Benjamin v. Pillai*, 794 F. App'x 8, 11-12 (2d Cir. 2019) (summary order). Specifically, if the prisoner is receiving ongoing treatment and the offending conduct is an unreasonable delay or interruption in that treatment, the seriousness inquiry is narrower, focusing "on the challenged delay or interruption in treatment rather than the prisoner's underlying **medical** condition alone." *Salahuddin*, 467 F.3d at 280 (quoting *Smith v. Carpenter*, 316 F.3d 178, 185 (2d Cir. 2003)).

The second element of a claim for **deliberate indifference** to **medical** needs is subjective. The inmate must show "that the official acted with a culpable state of mind of 'subjective recklessness,' such that the official knew of and consciously disregarded 'an excessive risk to inmate health or safety.'" *Thomas*, 832 F. App'x at 92 (internal citations omitted){2024 U.S. Dist. LEXIS 18} (quoting first *Salahuddin*, 467 F.3d at 280 and then quoting *Hill*, 657 F.3d at 122). Allegations constituting negligence or **medical** malpractice are insufficient to support an Eighth Amendment **deliberate**

1ybcases

© 2024 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

**indifference** claim. *Id.* (citing *Hathaway*, 99 F.3d at 553); *see also Walker v. Schult*, 717 F.3d 119, 125 (2d Cir. 2013) (stating "mere negligence" is insufficient to state a claim for **deliberate indifference**) (quoting *Farmer*, 511 U.S. at 835).

## ADMINISTRATIVE REMEDIES

Claude has exhausted his administrative remedies. See Claude v. FCI Danbury case # 3:24-cv-00961-KAD (District of Connecticut). Claude had submitted his only copy of administrative remedy in that case.

## APPOINTMENT OF COUNSEL

Petitioner request appointment of counsel

## DELIBERATE INDIFFERENCE CLAIM

The first element is objective and it has proven in this case, because the second circuit has stated that a medical condition may not initially be serious, but may become serious because it is degenerative and if left untreated or neglected for a long period of time, will result in further significant injury or the unnecessary and wanton infliction of pain, Harrison v. Barkley, 219 F. 3d 132, 136 (2nd Cir. 2000) (quoting Chance v. Armstrong, 143 F. 3d 698, 702 (2nd Cir. 1998). The second circuit has identified several factor that are are highly relevant to the question of whether a medical condition is sufficiently serious, including "an injury that a reasonable doctor or patient would find important and worthy of comment or treatment, or the existence of chronic and substantial pain. Chance, 143 F. 3d at 702.

© 2024 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

20407038

Claude medical records has established that he does an eye condition call extreme dry eyes, he is prescribed 3 separate medications for it. His medical record also establish that on 04-16-22 and on 07-16-23, Dr. Green both times updated his medical pass to sc... that to house Claude in quarters with no fans unless for that comment to have been removed both times by Ms. Dukate, medical records established that the yale ophtomologist recommended that on 07-03-23 and updated by Dr. Green on 07-16-23. Medical records established that both times, Ms. Dukate contacted Thom... Wagner who is not an ophtomologist and him stated that Claude can be housed around fans. The second time, after Claude had seen the ophtomologist who had made that recommendation after she examined Claude's eyes, optometrist Thomas Wagner, without even seeing Claude to examine him, even though, he wouldn't be qualified to do so, told Ms. Dukate to change Claude medical pass again. Although, Claude medical records is missing most of his sick calls slips that he submitted when he signed up for sick call, still show that he's been complaining for years, that the fans are hurting his eyes they are red, has loss in vision because of them. All these defendants in their weekly meeting decided together to remove the doctors recommendation out of his pass and house him in quarters with fans blowing directly at him. please review more of Claude medical and other record in United States v. Claude # 12-33 out of Eastern District of PA. (compassionate release motion file on November 1, 2023 and Government's response. ...ese review more record in Claude V. FCI Danbury 3-24-CV-00961-KAD. Claude medical records also ...ows that he wore his contact lenses for over 4 years

6

is still being delayed treatment for up to a year. Cl[...] Receive the correct contact lenses. He is still waiting [...]

Claude medical records the relevant cases that are being Referred to, his affidavit, establish the objective and the subjective elements. All the defendents clearly know of Claude medical condition, have acted with culpable state of minds of subjective Recklessness, such that the officials knew of and consciously disregarded an excessive risk to Claude['s] Health and safety.

For the reasons stated above, the court must grant relief, the court must order the defendents to pay compensatory damages. of $ 450,000.

7

# AFFIDAVIT

MY NAME is EVENS CLAUDE, I am OVER THE aGe OF [

I HAVE LOST SOME VISION AND I HAVE pain in
MY Eyes Daily BECAUSE OF THE FANS.

EVERY DEFENDANTS in THIS lawsuit KNOW OF my
MEDICAL CONDITION, YET THEY REFUSE TO HOUSE ME
in THE PROPER UNIT BECAUSE, THEY FEEL THAT I
am NOT a MODEL INMATE, WHEN THE UNITS THAT I
SHOULD BE HOUSED in are FOR HONOUR INMATES.
BECAUSE OF HOW THEY FEEL, THEY are SHOWING
DELIBERATE INDIFFERENCE TO My MEDICAL NEEDS.

I WAS HOUSED in ONE OF THE UNITS in
JANUARY, 2023 BECAUSE OF MY MEDICAL NEED, I
WENT TO THE SHU FROM THERE AND SINCE THEN,
THEY are TELLING ME, I'M NOT GOING bACK
THERE, WHEN THEY KNOW OF WHY I HAVE TO BE in THAT UNIT.

THE MEDICAL STAFF, FOLLOWING MS DUKATE, THE
WARDEN AND CAPTAIN SMITH ORDERS HAS TOLD
ME, I CAN'T BE HELPED bECAUSE WHAT THEY WERE
TOLD.

THE MEDICAL STAFFS HAVE DISTORTED WHAT I
TELL THEM, THROW AWAY MOST OF MY SICKCALL
SLIPS. I'M always COMPLAINING TO THEM THAT I'M
IN pain, THERE are DAYS, I CAN'T OPEN MY EYELIDS
THE MORNING bECAUSE THE FANS are DRYING

My Eyes worse than they already are. They blow dry the 3 prescribed medication out of my eyes, and worsen my condition.

I have been going through this hard treatment for over two years. I am legally blind, and I haven't received the correct contact lenses for over 4 years.

I did not even see optometrist Thomas Wagner in August of 2023 when he told Ms. Dukate not to follow the ophtomologist who is the proper doctor for my eye condition, about to house me in quarters with no fans because it will help support my ocular surface. The ophtomologist saw me examined me, when the unqualified optometrist did not, yet changed the recommendation.

To the best of my recollection, I declare the statements in this affidavit are true under the penalty of perjury. 28 U.S.C 1746.

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | CLAUDE, EVENS | | | Reg #: | 20407-038 |
| Date of Birth: | 01/14/1975 | Sex: | M    Race: BLACK | Facility: | DAN |
| Note Date: | 07/26/2023 10:08 | Provider: | Cerretani, Samantha | Unit: | G04 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**          Provider:   Cerretani, Samantha NRP

Inmate reported to sick call c/o that his MDS was changed and the verbiage was removed by staff. He reports dry eyes from the fans in the housing unit.  Reviewed with MD and MDS was last updated on 7/15/23 per specialist " Inmate has Keratoconjunctivitis due to decreased tear production in both eyes. Inmate should be moved to quarters where there is no fans blowing in his direction.  This would help support his ocular surface." Two copies printed and reviewed with the inmate. Self carry meds administered.

**Copay Required:** No          **Cosign Required:**  Yes
**Telephone/Verbal Order:**   No

Completed by Cerretani, Samantha NRP on 07/26/2023 10:11

Requested to be cosigned by  Greene, Robert T. Jr. (MAT) M.D., RPh.,C.D..

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | CLAUDE, EVENS | | | Reg #: | 20407-038 |
| Date of Birth: | 01/14/1975 | Sex: | M | Race: | BLACK |
| Encounter Date: | 07/26/2023 10:08 | Provider: | Cerretani, Samantha | Facility: | DAN |

**Cosigned by Greene, Robert T. Jr (MAT) MD, RPh, CD on 07/27/2023 20:22.**

Patient Name: CLAUDE, EVENS                                    DOB: 1/14/1975   MRN: DH01077042

---

## ED Note Physician

Document Type:                    ED Note Physician
Service Date/Time:                1/30/2023 23:14 EST
Result Status:                    Auth (Verified)
Document Subject:                 ED Note
Sign Information:                 Hasan,Syeda,DO (1/31/2023 00:14 EST)

### Chief Complaint
48 Y.O male S/P  numbness in the left side of the face with associated pressure to left eye.
Pt is legally blind and have not received prescribe eye drops x 1 week.
FCI
### ED Provider Assessment Time
**Time Seen:**
Hasan, Syeda, DO  01/30/2023 22:12

### History of Present Illness
48-year-old male, inmate at FCI, presents with blurring in the left eye.  Patient told triage
that he is legally blind, however told me that he has 20/20 vision in his left eye with
his contact lens.  Patient had bilateral corneal transplants, left corneal transplant was in
1999, right corneal transplant was in 2006.  All this happened in Philadelphia.  He is
supposed to be on prednisolone eyedrops daily, however over the last week he has not
received it.  Unclear why.  He states therefore he has been having some blurry vision in his
left eye.  He does not have a local ophthalmologist, he did follow-up once and new Milford,
cannot tell me the name, and that ophthalmologist told him he needed his previous
medical history and records.

The inmate and FCI did not provide any medical information for the patient, it is after hours
and unable to talk to any medical staff at FCI as well.

### Review of Systems
ROS: Review HPI for other details
Gen: no chills, fever, headache
Eyes: as per HPI
Cardiac: no chest pain, no palpitations
Resp: no sob, no cough, no pleuritic chest pain
GI: no abd pain,
Neuro no focal paralysis or parasthesia
Psych:  No SI / HI
Other relevant systems reviewed and negative

All other systems are reviewed and are negative.

### Physical Exam

Vitals & Measurements
T: 36.9 °C  HR: 60 bpm (Peripheral)  RR: 20 br/min  BP: 148/83 mmHg  SpO2: 99%
WT: 75 kg (Dosing)

Physical Exam: See HPI for other details
Vital signs reviewed, please refer to nurses note

Constitutional: No acute distress, resting comfortably. Nontoxic appearing

### Problem List/Past Medical History
Ongoing
   No qualifying data
Historical
   No qualifying data

### Home Medications
No qualifying data available

### Medications Given in the ED

| Medication | Dose | Route |
|---|---|---|
| prednisoLONE ophthalmic (prednisoLONE acetate 1% ophthalmic suspension) | 2 drops | Eye-Both |

### Allergies
No active allergies

### Social History
Tobacco
   Unknown if ever smoked

---

LEGEND: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Patient Name: CLAUDE, EVENS                    DOB: 1/14/1975  MRN: DH01077042

---

## *Facesheets*

Attachment(s):
1/30/2023 23:32 EST 7418865_T1Face_202301302332.pdf

| DH EMERGENCY DEPT | ECD# 7418865 | MRN 1077042 | Enc Start Date/Time 01/30/2023 19:08 | | Enc Location Danbury Hospital | | |
|---|---|---|---|---|---|---|---|
| | Person# 105875321 | | Encounter # 17738655 | | Level of Care | Enc Pt Type ER | Enc Type OP |
| Nuvance Health | Adm Dx Code | Desc | | | Clin Svc EMR | Adm Type Emergency | |
| | | | | | Gdr M | Marital Status S | |
| | Language Other | Religion | | Place of Worship | Soc Sec # | | |
| | Age 48? | Birth Date 01/14/1975 | Race U | | | | |

Patient Name, Address, Phone
CLAUDE, EVENS
INTEGRATED MEDICAL SOLUTIONS 1485 HERITAGE PARK W
Mansfield, TX 76063
Home:    Work:
Day:    Cell:
Email:

| Employer Name, Address, Phone | Emplm Sts |
|---|---|

Guarantor Name, Pt Rel, Address, Phone
CLAUDE, EVENS    Self
INTEGRATED MEDICAL SOLUTIONS 1485    SS#:
Mansfield, TX 76063
Phone:

| Guarantor Empr, Address, Phone | Emplm Sts |
|---|---|

Emergency Contact                Legal Next of Kin
Phone 1:    Phone 2:    Phone 1:    Phone 2:

| Insurance 1 Name, Address, Phone | Policy Number 20407038 | Group Number | Subscriber, Relationship EVENS CLAUDE |
|---|---|---|---|
| Prison/FCI Danbury 1485 Heritage Parkway Mansfield, TX 78063 | Referral/Authorization # | | Self |
| Verified? Y | Eff. Date | Pre-Cert. Phone | Subscriber Employer |

| Insurance 2 Name, Address, Phone | Policy Number | Group Number | Subscriber |
|---|---|---|---|
| | Referral/Authorization # | | Subscriber Employer |
| Verified? | Eff. Date | Pre-Cert. Phone | |

| Insurance 3 Name, Address, Phone | Policy Number | Group Number | Subscriber |
|---|---|---|---|
| | Referral/Authorization # | | Subscriber Employer |
| Verified? | Eff. Date | Pre-Cert. Phone | |

| Patient Primary Physician Provider, NoPCP 126648 | Adm Source Inmate | Confidential Reason Declined to Patient Directory | Enc Reason EYE ISSUES VIA NUVANCE |
|---|---|---|---|
| Admitting Physician, ID | Discharge Date | Observation Letter | Release of Info Y | Benefits Assigned On File |
| Attending Physician, ID Hasan, Syeda, DO 615990 203-797-7100 | Nursing Station DH EDZ2 | Pt Location DH EDZ2 28 Bed A | Release of Info Clergy N |
| Referring Physician Provider, SelfReferred 122597 | | | |

| Incident Date 01/30/23 | Incident Type Onset | Inc St/Prov | Incident Description / Location |
|---|---|---|---|
| Patient Notification Category | | Patient Notification | Start Date | End Date |

01/30/2023 23:32  User: K D'Angelo

---

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: CLAUDE, EVENS | | Reg #: | 20407-038 |
| Date of Birth: 01/14/1975 | Sex: M Race: BLACK | Facility: | DAN |
| Encounter Date: 03/02/2023 10:18 | Provider: Greene, Robert T. Jr. | Unit: | Z01 |

Physician - Follow up Visit encounter performed at Health Services.

## SUBJECTIVE:

COMPLAINT  1        Provider:   Greene, Robert T. Jr. (MAT) M.D.,

Chief Complaint:  GENERAL

Subjective:        03/02/23
Inmate was seen today - housed in SHU. Inmate was c/o dry eyes because he has been placed near a fan. In checking with the SHU officer, he reported that the inmate is not being held in a cell near a fan. On 01/30/23, the inmate was seen in the ER at DH. He was c/o blurred vision in the OS. He had told triage that he was legally blind, however he told the ER doctor that he had 20/20 vision in his OS with his contact lens. He has a h/o bilateral corneal transplants (left corneal transplant was in 1999 and the right corneal transplant was in 2006). The latter and former happened in Philadelphia. He stated at the time that he was having some blurred vision in his OS. At the time the inmate had been using prednisolone ophthalmic suspension (ii gtts - OU). He was eventually released back to FCI Danbury with the prednisolone eye drops.

Pain:        Not Applicable

COMPLAINT  2        Provider:   Greene, Robert T. Jr. (MAT) M.D.,

Chief Complaint:  GENERAL

Subjective:        Continuation:
The inmate was seen on 02/16/23 by the Optometrist at FCI Danbury. The inmate presented wearing the OD scleral lens in the OS (?????). He reported that his vision was worse in the OS and compared to the OD. He reported that he was comfortable with lens. He reported nightly cleaning of the lens at night and then reinsertion in the mornings. He reported that the OD scleral lens was broken. He had been seen by the ophthalmologist (Dr. Reynolds) on 09/22/22. The inmate was given erythromycin ophthalmic ointment by the optometrist for keratoconus(bulging of the cornea due thinning outward into a cone shape) that causes blurred vision and sensitivity to light and glare. He is currently using LacriPure PF Opthalmic in OU. Inmate is reporting no discomfort with the latter. Inmate reports that he will discuss with the optometrist about the erythromycin Ophthalmic ointment (?? issues). It was reported that the inmate understands that it is his own decision to wear OD lens in OS - not as originally prescribed. Noted: the inmate does have an appointment scheduled with a "Corneal Specialist" at Yale hospital. Inmate was notified of the latter.

Noted: inmate denies any current rectal bleeding - post defecation - at this time. He suspects that he may have hemorrhoids. He reported that the blood that was seen by him was bright red in it's presentation. He reports no other reoccurrence of the latter.

Pain:        Not Applicable

## OBJECTIVE:

## Exam:

**General**
   **Affect**
      Yes: Pleasant, Cooperative

| Inmate Name:   CLAUDE, EVENS | | Reg #:   20407-038 |
|---|---|---|
| Date of Birth:   01/14/1975 | Sex:      M    Race:   BLACK | Facility:   DAN |
| Encounter Date:  03/02/2023 10:18 | Provider:   Greene, Robert T. Jr. | Unit:     Z01 |

### Appearance

Yes: Appears Well, Alert and Oriented x 3

No: Appears Distressed

## ASSESSMENT:

Keratoconus, unspecified, 371.60 - Current

## PLAN:

### New Laboratory Requests:

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-O-Occult Blood FIT (1 sample) | One Time | 03/07/2023 00:00 | Routine |

**Other:**

expectant

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/03/2023 | Counseling | Plan of Care | Greene, Robert | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Greene, Robert T. Jr. (MAT) M.D., RPh.,C.D. on 03/03/2023 12:08

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: CLAUDE, EVENS | | Reg #: 20407-038 |
| Date of Birth: 01/14/1975 | Sex: M  Race: BLACK | Facility: DAN |
| Encounter Date: 09/12/2023 12:33 | Provider: Solis, Kathryn RN | Unit: G04 |

Nursing - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1**          Provider:  Solis, Kathryn RN

Chief Complaint:  Eyes/Vision Problems

Subjective:      Inmate Claude, Evens Reg# 20407-038 presented to sick call C/O his eyes "feeling different with movement".

**Pain:**          No

**OBJECTIVE:**

**Exam:**

**General**

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

**Cardiovascular**

**Observation**

Yes: Within Normal Limits

**ASSESSMENT:**

Condition Stable

Inmate Claude presented to sick call with C/O "redness to the eyes" and "feels different when I move my eyes". He denies loss of vision or change in vision from baseline. No redness/irritation or S&S of infection noted to either eye. No S&S of trauma noted. He denies pain.

Per provider he was made aware that he is pending an evaluation by the Ophthalmologist for new scleral lens. Hx of Keratoconjunctivitis, corneal transplant.

He verbalized understanding of the plan of care and to return to medical immediately if new symptoms develop, or symptoms worsen.

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed
To be Evaluated by Provider

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/12/2023 | Counseling | Access to Care | Solis, Kathryn | Verbalizes Understanding |

Inmate was educated to return to medical if symptoms worsen, or new symptoms develop.

Inmate Name:   CLAUDE, EVENS
Date of Birth:   01/14/1975
Encounter Date: 09/12/2023 12:33

Sex:       M    Race:   BLACK
Provider:   Solis, Kathryn RN

Reg #:    20407-038
Facility:  DAN
Unit:      G04

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/12/2023 | Counseling | Plan of Care | Solis, Kathryn | Verbalizes Understanding |

**Copay Required:** No                **Cosign Required:** Yes
**Telephone/Verbal Order:**   No

Completed by Solis, Kathryn RN on 09/12/2023 12:43

Requested to be cosigned by  Escobar, Werner (MAT).

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Medical Duty Status

Reg #:  20407-038                     Inmate Name:  CLAUDE, EVENS

## Housing Status

___ confined to the living quarters except ___ meals ___ pill line ___ treatments    Exp. Date: _____

___ on complete bed rest: _____ bathroom privileges only                          Exp. Date: _____

___ cell: ___ cell on first floor ___ single cell ___ lower bunk ___ airborne infection isolation    Exp. Date: _____

___ other: _____                              Exp. Date: _____

## Physical Limitation/Restriction

___ all sports                                                                      Exp. Date: _____

___ weightlifting: ___ upper body ___ lower body                                    Exp. Date: _____

___ cardiovascular exercise: ___ running ___ jogging ___ walking ___ softball        Exp. Date: _____
        ___ football ___ basketball ___ handball ___ stationary equipment

___ other: _____                              Exp. Date: _____

## May have the following equipment in his / her possession:

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Contact Lenses | 11/18/2016 | | |

Inmate received new hard contacts from Naphcare provider. Left and Right extended wear lens. As per the Ophthalmologist these lenses can be worn for approximately 1 year. Patient also has light green contact case.

## Work Restriction / Limitation:

Cleared for Food Service:  **No** _____

**X**  No Restrictions

Comments:   Inmate has Keratoconjunctivitis due to decreased tear production in both eyes.
            Inmate should be moved to quarters where there is no fans blowing in his direction.  This would help
            support his ocular surface.

| Greene, Robert T. Jr (MAT) MD, RPh, CD | 07/15/2023 |
|---|---|
| Health Services Staff | Date |

Inmate Name: _____ **CLAUDE, EVENS** _____    Reg #:    **20407-038**    Quarters:    **K05**

*ALL EXPIRATION DATES ARE AT 24:00*

CLAUDE, EVENS 12/13/20... (watermark)

**78**

## Bureau of Prisons
## Health Services
## Medical Duty Status

Reg #: 20407-038                    Inmate Name: CLAUDE, EVENS

### Housing Status

___ confined to the living quarters except ___ meals ___ pill line ___ treatments    Exp. Date: _____

___ on complete bed rest: ___ bathroom privileges only    Exp. Date: _____

**X** cell: ___ cell on first floor ___ single cell **X** lower bunk ___ airborne infection isolation    Exp. Date: 06/30/2023

___ other: _____    Exp. Date: _____

### Physical Limitation/Restriction

___ all sports    Exp. Date: _____

___ weightlifting: ___ upper body ___ lower body    Exp. Date: _____

___ cardiovascular exercise: ___ running ___ jogging ___ walking ___ softball    Exp. Date: _____
     ___ football ___ basketball ___ handball ___ stationary equipment

___ other: _____    Exp. Date: _____

### May have the following equipment in his / her possession:

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Contact Lenses | 11/18/2016 | | |

Inmate received new hard contacts from Naphcare provider. Left and Right extended wear lens. As per the Ophthalmologist these lenses can be worn for approximately 1 year. Patient also has light green contact case.

### Work Restriction / Limitation:

Cleared for Food Service:  **No**

**X**  No Restrictions

Comments:  N/A

| Dukate, Angela HSA/RN | 02/16/2023 |
|---|---|
| Health Services Staff | Date |

| Inmate Name: | **CLAUDE, EVENS** | Reg #: | **20407-038** | Quarters: | **K05** |
|---|---|---|---|---|---|

*ALL EXPIRATION DATES ARE AT 24:00*

**79**

# Bureau of Prisons
## Health Services
## Medical Duty Status

Reg #:  20407-038                                    Inmate Name:  CLAUDE, EVENS

### Housing Status

___ confined to the living quarters except  ___meals  ___ pill line  ___ treatments      Exp. Date: _____

___ on complete bed rest: _____ bathroom privileges only                              Exp. Date: _____

___ cell:  ___ cell on first floor  ___ single cell  ___ lower bunk  ___ airborne infection isolation    Exp. Date: _____

___ other: _____                          Exp. Date: _____

### Physical Limitation/Restriction

___ all sports                                                                         Exp. Date: _____

___ weightlifting:  ___ upper body  ___ lower body                                     Exp. Date: _____

___ cardiovascular exercise:  ___ running  ___ jogging  ___ walking  ___ softball       Exp. Date: _____
                      ___ football  ___ basketball  ___ handball  ___ stationary equipment

___ other: _____                          Exp. Date: _____

### May have the following equipment in his / her possession:

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Contact Lenses | 11/18/2016 | | |

Inmate received new hard contacts from Naphcare provider. Left and Right extended wear lens. As per the Ophthalmologist these lenses can be worn for approximately 1 year. Patient also has light green contact case.

### Work Restriction / Limitation:

Cleared for Food Service:  **No** _____

**X**  No Restrictions

**Comments:**  Inmate has Keratoconjunctivitis due to decreased tear production in both eyes. Inmate should be moved to quarters where there is no fans blowing in his direction.  This would help support his ocular surface.

| Greene, Robert T. Jr (MAT) MD, RPh, CD | 07/15/2023 |
|---|---|
| Health Services Staff | Date |

Inmate Name: _____ **CLAUDE, EVENS** _____  Reg #:  **20407-038**  Quarters:  **K05**

*ALL EXPIRATION DATES ARE AT 24:00*

**78**

Inmate Name:   CLAUDE, EVENS
Date of Birth:   01/14/1975
Encounter Date: 09/12/2023 12:33

Sex:      M    Race:   BLACK
Provider:   Solis, Kathryn RN

Reg #:   20407-038
Facility:  DAN
Unit:      G04

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/12/2023 | Counseling | Plan of Care | Solis, Kathryn | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  Yes

**Telephone/Verbal Order:**   No

Completed by Solis, Kathryn RN on 09/12/2023 12:43

Requested to be cosigned by  Escobar, Werner (MAT).

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: CLAUDE, EVENS | | Reg #: 20407-038 |
| Date of Birth: 01/14/1975 | Sex: M   Race: BLACK | Facility: DAN |
| Encounter Date: 09/12/2023 12:33 | Provider: Solis, Kathryn RN | Unit: G04 |

Nursing - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1          Provider: Solis, Kathryn RN

Chief Complaint: Eyes/Vision Problems

Subjective: Inmate Claude, Evens Reg# 20407-038 presented to sick call C/O his eyes "feeling different with movement".

Pain: No

**OBJECTIVE:**

**Exam:**

**General**

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Pulmonary**

**Observation/inspection**

Yes: Within Normal Limits

**Cardiovascular**

**Observation**

Yes: Within Normal Limits

**ASSESSMENT:**

Condition Stable

Inmate Claude presented to sick call with C/O "redness to the eyes" and "feels different when I move my eyes". He denies loss of vision or change in vision from baseline. No redness/irritation or S&S of infection noted to either eye. No S&S of trauma noted. He denies pain.

Per provider he was made aware that he is pending an evaluation by the Ophthalmologist for new scleral lens. Hx of Keratoconjunctivitis, corneal transplant.

He verbalized understanding of the plan of care and to return to medical immediately if new symptoms develop, or symptoms worsen.

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

To be Evaluated by Provider

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/12/2023 | Counseling | Access to Care | Solis, Kathryn | Verbalizes Understanding |

Inmate was educated to return to medical if symptoms worsen, or new symptoms develop.

Inmate Name:  CLAUDE, EVENS                                          Reg #:  20407-038
Date of Birth:  01/14/1975              Sex:     M   Race:  BLACK     Facility:  DAN
Encounter Date:  03/02/2023 10:18       Provider:  Greene, Robert T. Jr.   Unit:    Z01

### Appearance

Yes: Appears Well, Alert and Oriented x 3

No: Appears Distressed

## ASSESSMENT:

Keratoconus, unspecified, 371.60 - Current

## PLAN:

### New Laboratory Requests:

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-O-Occult Blood FIT (1 sample) | One Time | 03/07/2023 00:00 | Routine |

**Other:**

expectant

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/03/2023 | Counseling | Plan of Care | Greene, Robert | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Greene, Robert T. Jr. (MAT) M.D., RPh.,C.D. on 03/03/2023 12:08

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name:  CLAUDE, EVENS | | Reg #:  20407-038 |
| Date of Birth:  01/14/1975 | Sex:    M    Race:  BLACK | Facility:  DAN |
| Encounter Date: 03/02/2023 10:18 | Provider:  Greene, Robert T. Jr. | Unit:    Z01 |

Physician – Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  1          Provider:  Greene, Robert T. Jr. (MAT) M.D.,

Chief Complaint:  GENERAL

Subjective:    03/02/23

Inmate was seen today - housed in SHU.  Inmate was c/o dry eyes because he has been placed near a fan.  In checking with the SHU officer, he reported that the inmate is not being held in a cell near a fan.  On 01/30/23, the inmate was seen in the ER at DH.  He was c/o blurred vision in the OS.  He had told triage that he was legally blind, however he told the ER doctor that he had 20/20 vision in his OS with his contact lens.  He has a h/o bilateral corneal transplants (left corneal transplant was in 1999 and the right corneal transplant was in 2006).  The latter and former happened in Philadelphia.  He stated at the time that he was having some blurred vision  in his OS.  At the time the inmate had been using prednisolone ophthalmic suspension (ii gtts - OU).  He was eventually released back to FCI Danbury with the prednisolone eye drops.

**Pain:**        Not Applicable

COMPLAINT  2          Provider:  Greene, Robert T. Jr. (MAT) M.D.,

Chief Complaint:  GENERAL

Subjective:    Continuation:

The inmate was seen on 02/16/23 by the Optometrist at FCI Danbury.  The inmate presented wearing the OD scleral lens in the OS (?????).  He reported that his vision was worse in the OS and compared to the OD.  He reported that he was comfortable with lens.  He reported nightly cleaning of the lens at night and then reinsertion in the mornings.  He reported that the OD scleral lens was broken.  He had been seen by the ophthalmologist (Dr. Reynolds) on 09/22/22.  The inmate was given erythromycin ophthalmic ointment by the optometrist for keratoconus(bulging of the cornea due thinning outward into a cone shape) that causes blurred vision and sensitivity to light and glare.  He is currently using LacriPure PF Opthalmic in OU.  Inmate is reporting no discomfort with the latter.  Inmate reports that he will discuss with the optometrist about the erythromycin Ophthalmic ointment (?? issues).  It was reported that the inmate understands that it is his own decision to wear OD lens in OS - not as originally prescribed.  Noted: the inmate does have an appointment scheduled with a "Corneal Specialist" at Yale hospital.  Inmate was notified of the latter.

Noted: inmate denies any current rectal bleeding - post defecation - at this time.  He suspects that he may have hemorrhoids.  He reported that the blood that was seen by him was bright red in it's presentation.  He reports no other reoccurrence of the latter.

**Pain:**        Not Applicable

**OBJECTIVE:**

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

Patient Name: CLAUDE, EVENS                                    DOB: 1/14/1975   MRN: DH01077042

## *Facesheets*

Attachment(s):
1/30/2023 23:32 EST 7418865_T1Face_202301302332.pdf

| DH EMERGENCY -DEPT | ECD# 7418865 | MRN 1077042 | Enc Start Date  Time 01/30/2023 19:08 | | Enc Location   Danbury Hospital | | |
|---|---|---|---|---|---|---|---|
| **Nuvance Health** | Persoid 109;075821 | Encounter # 17125655 | | Level of Care | | Enc Pt Type ER | Enc Type OP |
| | Adm Dx Code    Desc | | | | Clin Svc  EMR | Adm Type  Emergency | |
| | | | | | Gdr  M | Marital Status  S | |
| | Language  Other | Religion | | Place of Worship | | Soc Sec # | |
| | Age  45? | Birth Date  01/14/1975 | Race  U | | | | |

| Patient Name Address, Phone | | | Employer Name, Address, Phone | | Emplm Sts | |
|---|---|---|---|---|---|---|
| CLAUDE, EVENS  INTEGRATED MEDICAL SOLUTIONS  1485 HERITAGE PARKW  Mansfield, TX 76063  Home:        Work:  Day:        Cell:  Email: | | | | | | |

| Guarantor Name, Pt Rel, Address, Phone | | | Guarantor Empr, Address, Phone | | Emplm Sts | |
|---|---|---|---|---|---|---|
| CLAUDE, EVENS        Self  INTEGRATED MEDICAL SOLUTIONS  1485    SS#:  Mansfield, TX 76063  Phone: | | | | | | |

| Emergency Contact | | | Legal Next of Kin | | | |
|---|---|---|---|---|---|---|
| Phone 1: | | Phone 2: | Phone 1: | | | Phone 2: |

| Insurance 1 Name, Address, Phone | Policy Number | Group Number | Subscriber, Relationship |
|---|---|---|---|
| Prison/FCI Danbury  1485 Heritage Parkway  Mansfield, TX 76063 | 20407038 | | EVENS CLAUDE  Self |
| | Referral/Authorization # | | |
| Verified? Y | Eff. Date | Pre-Cert. Phone | Subscriber Employer |

| Insurance 2 Name, Address, Phone | Policy Number | Group Number | Subscriber |
|---|---|---|---|
| | Referral/Authorization # | | Subscriber Employer |
| Verified? | Eff. Date | Pre-Cert. Phone | |

| Insurance 3 Name, Address, Phone | Policy Number | Group Number | Subscriber |
|---|---|---|---|
| | Referral/Authorization # | | Subscriber Employer |
| Verified? | Eff. Date | Pre-Cert. Phone | |

| Patient Primary Physician  Provider, NoPCP 126648 | Adm Source  Inmate | Confidential Reason  Declined to Patient  Directory | Enc Reason  EYE ISSUES VIA NUVANCE |
|---|---|---|---|
| Admitting Physician, ID | Discharge Date | Observation  Letter | Release of  Info  Y | Benefits  Assigned  On File |
| Attending Physician, ID  Hasan, Syeda, DO    615590  203-797-7100 | Nursing Station  DH EDZ2 | Pt Location  DH  EDZ2 Z8  Bed A | Release of Info Clergy  N | |
| Referring Physician  Provider, SelfReferred    122597 | | | | |

| Incident Date | Incident Type | Inc St/Prov | Incident Description / Location |
|---|---|---|---|
| 01/30/23 | Onset | | |
| **Patient Notification Category** | | **Patient Notification** | **Start Date** | **End Date** |

01/30/2023 23:32  User: K D'Angelo

-- Page 1 OF 1   - Printed by: CUSTODIAN\InterOne_Reports_BREG 1/30/2023 11:34:05 PM -05:00

---

Patient Name: CLAUDE, EVENS                                DOB: 1/14/1975   MRN: DH01077042

---

### *ED Note Physician*

Document Type:                                             ED Note Physician
Service Date/Time:                                         1/30/2023 23:14 EST
Result Status:                                             Auth (Verified)
Document Subject:                                          ED Note
Sign Information:                                          Hasan,Syeda,DO (1/31/2023 00:14 EST)

#### Chief Complaint

48 Y.O male S/P  numbness in the left side of the face with associated pressure to left eye. Pt is legally blind and have not received prescribe eye drops x 1 week.
FCI
#### ED Provider Assessment Time
**Time Seen:**
Hasan, Syeda, DO  01/30/2023 22:12

#### History of Present Illness

48-year-old male, inmate at FCI, presents with blurring in the left eye.  Patient told triage that he is legally blind, however told me that he has 20/20 vision in his left eye with his contact lens.  Patient had bilateral corneal transplants, left corneal transplant was in 1999, right corneal transplant was in 2006.  All this happened in Philadelphia.  He is supposed to be on prednisolone eyedrops daily, however over the last week he has not received it.  Unclear why.  He states therefore he has been having some blurry vision in his left eye.  He does not have a local ophthalmologist, he did follow-up once and new Milford, cannot tell me the name, and that ophthalmologist told him he needed his previous medical history and records.

The inmate and FCI did not provide any medical information for the patient, it is after hours and unable to talk to any medical staff at FCI as well.

#### Review of Systems

ROS: Review HPI for other details
Gen: no chills, fever, headache
Eyes: as per HPI
Cardiac: no chest pain, no palpitations
Resp: no sob, no cough, no pleuritic chest pain
GI: no abd pain,
Neuro no focal paralysis or parasthesia
Psych:  No SI / HI
Other relevant systems reviewed and negative

All other systems are reviewed and are negative.

#### Physical Exam

Vitals & Measurements
**T:** 36.9 °C  **HR:** 60 bpm (Peripheral)  **RR:** 20 br/min  **BP:** 148/83 mmHg  **SpO2:** 99%
**WT:** 75 kg (Dosing)

Physical Exam: See HPI for other details
Vital signs reviewed, please refer to nurses note

Constitutional: No acute distress, resting comfortably. Nontoxic appearing

#### Problem List/Past Medical History

Ongoing
    No qualifying data
Historical
    No qualifying data

#### Home Medications
No qualifying data available

#### Medications Given in the ED

| Medication | Dose | Route |
|---|---|---|
| prednisoLONE ophthalmic (prednisoLONE acetate 1% ophthalmic suspension) | 2 drops | Eye-Both |

#### Allergies
No active allergies

#### Social History
Tobacco
    Unknown if ever smoked

---

LEGEND: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   205923671                    Page 3 of 4              Print Date/Time:  2/24/2023 09:53 EST

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | CLAUDE, EVENS | | | | Reg #: | 20407-038 |
| Date of Birth: | 01/14/1975 | Sex: | M | Race:BLACK | Facility: | DAN |
| Note Date: | 07/26/2023 10:08 | Provider: | Cerretani, Samantha | | Unit: | G04 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**          Provider:   Cerretani, Samantha NRP

Inmate reported to sick call c/o that his MDS was changed and the verbiage was removed by staff. He reports dry eyes from the fans in the housing unit.  Reviewed with MD and MDS was last updated on 7/15/23 per specialist " Inmate has Keratoconjunctivitis due to decreased tear production in both eyes. Inmate should be moved to quarters where there is no fans blowing in his direction.  This would help support his ocular surface." Two copies printed and reviewed with the inmate. Self carry meds administered.

**Copay Required:** No          **Cosign Required:**  Yes
**Telephone/Verbal Order:**   No

Completed by Cerretani, Samantha NRP on 07/26/2023 10:11

Requested to be cosigned by  Greene, Robert T. Jr. (MAT) M.D., RPh.,C.D..

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | CLAUDE, EVENS | | | Reg #: | 20407-038 |
| Date of Birth: | 01/14/1975 | Sex: | M | Race: | BLACK |
| Encounter Date: | 07/26/2023 10:08 | Provider: | Cerretani, Samantha | Facility: | DAN |

**Cosigned by Greene, Robert T. Jr (MAT) MD, RPh, CD on 07/27/2023 20:22.**

2032851261          7/10/2023 12:12:17 PM    PAGE    5/009    Fax Server

YaleNewHavenHealth    40 TEMPLE STREET        Claude, Evens
                      NEW HAVEN CT 06510-2715  MRN: MR7168953, DOB: 1/14/1975, Sex: M
                                              Visit date: 7/3/2023

## 07/03/2023 - Office Visit in YM Ophthalmology at 40 Temple (continued)

### Other Orders (continued)

Rename), Provider Not In System (Replace, Don'T          —

#### Questionnaire

| Question | Answer |
|---|---|
| Clinical Reason for Referral | scleral lens , keratoconus |
| Requesting | Either office or telehealth visit |

Order comments: Need to call 817-477-0040 ext 915 - Lori Ziegler inmate #20407-038- referral to DR Volker- scleral lens , keratoconus

#### Indications

Contact lens/glasses fitting [Z46.0 (ICD-10-CM)]
Keratoconus, unspecified laterality [H18.609 (ICD-10-CM)]

## Ophthalmology

### Base Eye Exam

#### Visual Acuity (Snellen - Linear)

| | Right | Left |
|---|---|---|
| Dist sc | 2/200E | |
| Dist cc | | 20/25 -2 |
| Dist ph sc | 20/200 | |
| Dist ph cc | | NI |
| Correction: Contacts | | |

#### Tonometry (Icare, 8:50 AM)

| | Right | Left |
|---|---|---|
| Pressure | 7 | 7 |

#### Pupils

| | Right | Left |
|---|---|---|
| Pupils | PERRL | PERRL |
| APD | None | None |

#### Visual Fields (Counting fingers)

| | Right | Left |
|---|---|---|
| | Full | Full |

#### Extraocular Movement

| | Right | Left |
|---|---|---|
| | Full, Ortho | Full, Ortho |

#### Neuro/Psych

Oriented x3: Yes
Mood/Affect: Normal

### Slit Lamp and Fundus Exam

#### External Exam

| | Right | Left |
|---|---|---|
| External | Normal | Normal |

#### Slit Lamp Exam

Printed on 7/10/23 12:10 PM                                    Page 4

YaleNewHavenHealth   40 TEMPLE STREET   Claude, Evens
                     NEW HAVEN CT 06510-2715   MRN: MR7168953, DOB: 1/14/1975, Sex: M
                                             Visit date: 7/3/2023

## 07/03/2023 - Office Visit in YM Ophthalmology at 40 Temple (continued)

### Imaging (continued)

This order may be acted on in another encounter.
Ordering user: Pineda, Ileana 07/03/23 0834          Authorized by: Volker, Erica Leigh, OD
Ordering mode: Standard
Cosigning events:
Electronically cosigned by Volker, Erica Leigh, OD 07/03/23 1044 for Ordering
Frequency: Routine  07/03/23 -                        Class: Clinic Performed
Quantity: 1                                            Lab status: Final result
Diagnoses:
Keratoconjunctivitis of both eyes [H16.203]
Corneal transplant status [Z94.7]

#### Provider Details

| Provider | NPI |
| --- | --- |
| Volker, Erica Leigh, OD | 1881992600 |

#### Corneal Topography - OU [958678471]          Resulted: 07/05/23 0837, Result status: Final result

Order status: Completed                               Resulted by: Volker, Erica Leigh, OD
Filed by: Volker, Erica Leigh, OD  07/05/23 0838      Performed: 07/03/23 0834 - 07/03/23 0848
Accession number: E121216083                          Resulting lab: Y OPH CIRRUS & HEIDELBERG
Narrative:
Pentacam both eyes
Right eye: ectasia R> L and irregular astigmatism in graft. Status post
penetrating keratoplasty for KCN.
Light eye: ectasia and irregular astigmatism in graft. Status post
penetrating keratoplasty for KCN (left eye's map on the Pentacam and not
in NIL).

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
| --- | --- | --- | --- | --- |
| 292 - Unknown | Y OPH CIRRUS & HEIDELBERG | Unknown | Unknown | 01/03/18 1305 - Present |

#### Indications

Keratoconjunctivitis of both eyes [H16.203 (ICD-10-CM)]
Corneal transplant status [Z94.7 (ICD-10-CM)]

#### Signed

Electronically signed by Volker, Erica Leigh, OD on 7/5/23 at 0838 EDT

### Other Orders

#### Outpatient Referral

##### Ambulatory referral to Ophthalmology [907721095] (Active)

Electronically signed by: Rivera, Omaira on 02/23/23 1448          Status: Active
This order may be acted on in another encounter.
Ordering user: Rivera, Omaira 02/23/23 1448          Authorized by: Rename), Provider Not In System (Replace; Don'T
Ordering mode: Standard                               Ordered during: Transcribed Orders on 02/23/2023
Frequency: Routine  02/23/23 -                        Class: Incoming Referral
Quantity: 1
Diagnoses:
Contact lens/glasses fitting [Z46.0]
Keratoconus, unspecified laterality [H18.609]

###### Provider Details

| Provider | NPI |
| --- | --- |

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | CLAUDE, EVENS | | | Reg #: | 20407-038 |
| Date of Birth: | 01/14/1975 | Sex: | M    Race: BLACK | Facility: | PHL |
| Note Date: | 04/17/2019 15:40 | Provider: | Laughingwell, Raeph MD | Unit: | E04 |

Review Note - Consultation Report Review encounter performed at Health Services.

**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**          **Provider:** Laughingwell, Raeph MD

Report from Ophthalmology consultation performed on 4/10/2019 received and reviewed today.  Diagnosis: Keratoconus, OU.  Recommendations:  continue prednisolone drops daily, follow up with Dr. Vo in 6 months, follow up with Dr. Dorfman in 1-2 months for contact lens.

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | prednisoLONE Ace. ophth susp 1% | 04/17/2019 15:40 | 1 drop In Affected Eye(s) Both Eyes -  daily x 180 day(s) |

**Indication:** Keratoconus, unspecified

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Ophthalmology | 05/15/2019 | 05/15/2019 | Routine | No | |

**Subtype:**

Offsite Ophthalmology Appt

**Reason for Request:**

Follow up appointment with Dr. Dorfman for contact lens.

**Provisional Diagnosis:**

Keratoconus

| | | | | | |
|---|---|---|---|---|---|
| Ophthalmology | 10/16/2019 | 10/16/2019 | Routine | No | |

**Subtype:**

Offsite Ophthalmology Appt

**Reason for Request:**

Follow up appointment with Dr. Vo.  Last seen on 4/10/2019.

**Provisional Diagnosis:**

Keratoconus

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Laughingwell, Raeph MD on 04/17/2019 15:47

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| Inmate Name: | CLAUDE, EVENS | | | Reg #: | 20407-038 |
|---|---|---|---|---|---|
| Date of Birth: | 01/14/1975 | Sex: | M    Race: BLACK | Facility: | PHL |
| Note Date: | 05/06/2019 13:32 | Provider: | Laughingwell, Raeph MD | Unit: | E04 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**          **Provider:** Laughingwell, Raeph MD

Patient seen by Ophthalmology today and returned to facility.  The only communication that returned with him were three prescriptions.  One for artificial tears, one for Prednisolone, and one for a preservative free saline solution for lenses.

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Contact - ScleralFill | 05/06/2019 13:32 | use as needed In Affected Eye(s) Contact Case/Box -   daily x 180 day(s) |
| | **Indication:** Keratoconus, unspecified | | |
| | Tears, Artificial (Polyvinyl/povidone 1.4/0.6%UD | 05/06/2019 13:32 | 1 drop In Affected Eye(s) Both Eyes -   Two Times a Day x 180 day(s) |
| | **Indication:** Keratoconus, unspecified | | |

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Laughingwell, Raeph MD on 05/07/2019 10:49

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: CLAUDE, EVENS | | | Reg #: 20407-038 |
| Date of Birth: 01/14/1975 | Sex: M Race: BLACK | | Facility: DAN |
| Encounter Date: 04/07/2022 10:16 | Provider: Wagner, Thomas OD | | Unit: C01 |

Optometry - Optometry Exam encounter performed at Other.

## SUBJECTIVE:

COMPLAINT 1        Provider: Wagner, Thomas OD

Chief Complaint: Eyes/Vision Problems

Subjective: This note placed in response to discussion with Ms. Angela Dukate of inmate's desire for visit to ophthalmologist. Pt seen by myself Dec 2021. History of bilateral penetrating keratoplasty OD and OS, now wearing scleral contact lenses. Vision w/CLs at 20/20 OD And OS then. Pt was prescribed PF OU QD w/lubricants also. A consultation was pending as placed by Dr. Greene at the time of the former visit. For unknown reason, it was denied.

Pain: No

## OBJECTIVE:

## ASSESSMENT:

Cornea transplant, V42.5 - Current

Keratoconus    specified, 371.60 - Current

## PLAN:

New Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Ophthalmology | 05/07/2022 | 05/07/2022 | Routine | No | English |

Subtype:

Dr. Reynolds

Reason for Request:

Pt wears scleral contact lenses, with fabulous visual result OD and OS albeit requiring daily Pred Forte' and lubrication for comfort. These should be evaluated periodically by specialized contact lens service and ophthalmologist should review corneal integrity as well.

Provisional Diagnosis:

S/P penetrating keratoplasty, with subsequent scleral lenses fit OD and OS.

## Disposition:

Consultation Written

## Other:

New consultation request completed today.

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 04/07/2022 | Not Done | | Wagner, Thomas | No Participation |

Ms. Dukate informed of new consultation request completed today.

Copay Required: No        Cosign Required: No

Telephone/Verbal Order: No

Inmate Name:   CLAUDE, EVENS                                         Reg #:   20407-038
Date of Birth:   01/14/1975                    Sex:   M   Race:   BLACK        Facility:   DAN
Encounter Date:  04/07/2022 10:16              Provider:  Wagner, Thomas OD    Unit:    C01

Completed by Wagner, Thomas OD on 04/07/2022 10:30

| Inmate Name: | CLAUDE, EVENS | | | Reg #: | 20407-038 |
|---|---|---|---|---|---|
| Date of Birth: | 01/14/1975 | Sex: | M | Race: | BLACK |
| Encounter Date: | 10/21/2021 12:00 | Provider: | Gibson, Justin EMT-P | Facility: | DAN |

**Current Painful Condition:**  Denied

**Other Health Issues:**

    **Current Medical Conditions:**

    **Other Current Treatments:**

**Pregnant:**  N/A

**Postpartum:**  N/A

**Dental Condition:**  Denied

**Observations:**

    **Draining Skin Lesions:** No

    **Signs of Lice:** No

    **Signs of Scabies:** No

    **Signs of Recent Trauma:** No

    **Recent Tattoos:** No

    **Needle Marks:** No

    **Signs of Rash:** No

    **Open Sores:** No

    **Wounds:** No

    **Body Deformities:** No

    **Tremors:** No

    **Sweating:** No

    **Comments:**

**Prosthetic Devices/Equipment:**

| Device/Equipment | Obtained From |
|---|---|
| Contact Lenses | BOP |

    **Comments:** Inmate received new hard contacts from Naphcare provider. Left and Right extended wear lens. As per the Ophthalmologist these lenses can be worn for approximately 1 year. Patient also has light green contact case.

**Potential Items For Follow-up:**

**Item**

Contact Lenses

PPD Administration Not Performed

**Cleared For Food Services:**  Yes

Health Problems Newly Identified During This Encounter:
    Health Problem

**Medication Reconciliation.**
**The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.**

| Inmate Name: | CLAUDE, EVENS | | | Reg #: | 20407-038 |
|---|---|---|---|---|---|
| Date of Birth: | 01/14/1975 | Sex: | M | Race: | BLACK |
| Encounter Date: | 10/21/2021 12:00 | Provider: | Gibson, Justin EMT-P | Facility: | DAN |

## Renew Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| 412997-BRO | Contact- Boston Simplus Multi Action Soln 105 ml | 10/21/2021 12:00 |

**Prescriber Order:** Clean, rinse, disinfect, and store lenses each day x 180 day(s)

Indication: Keratoconus, unspecified

| 412998-BRO | Doxepin  50 MG Cap | 10/21/2021 12:00 |
|---|---|---|

**Prescriber Order:** Take one capsule (50 MG) by mouth each evening *consent form on file * ***crush/empty*** x 180 day(s) Pill Line Only

Indication: Adjustment Disorders: With Mixed Anxiety And Depressed Mood

Start Now: Yes

Night Stock Rx#:

Source: Pyxis

Admin Method:  Pill Line

Stop Date:  04/19/2022 11:59

MAR Label:  Take one capsule (50 MG) by mouth each evening *consent form on file * ***crush/empty*** x 180 day(s) Pill Line Only

One Time Dose Given:  No

| 413807-BRO | LacriPure PF OPTH vials 5ml [ 98count] | 10/21/2021 12:00 |
|---|---|---|

**Prescriber Order:** use in affected eyes as directed on box **non-formulary approved until: 12/26/21** x 90 day(s)

Indication:  Low vision, both eyes, NOS, Keratoconus, unspecified, Cornea transplant

| 412999-BRO | prednisoLONE Ace. Ophth Susp 1%, 10 ml | 10/21/2021 12:00 |
|---|---|---|

**Prescriber Order:** *SHAKE WELL* and Instill one drop in both eyes each day x 180 day(s)

Indication:  Keratoconus, unspecified

| 413000-BRO | Sertraline HCl 100 MG Tab | 10/21/2021 12:00 |
|---|---|---|

**Prescriber Order:** Take one tablet (100 MG) by mouth each day *consent form on file * x 180 day(s)

Indication:  Adjustment Disorders:  With Mixed Anxiety And Depressed Mood, Posttraumatic Stress Disorder

| 413001-BRO | Tears, Artificial (Polyvinyl Alcohol 1.4 %) 15ML | 10/21/2021 12:00 |
|---|---|---|

**Prescriber Order:** Instill one drop in both eyes twice daily x 180 day(s)

Indication:  Keratoconus, unspecified

## Reconciled Medications:

| Source | Action | Type | Rx# | Medication | Order Detail |
|---|---|---|---|---|---|
| BOP | Continue | Rx | 412997-BRO | Contact- Boston Simplus Multi Action Soln 105 ml | Clean, rinse, disinfect, and store lenses each day |
| BOP | Continue | Rx | 412998-BRO | Doxepin  50 MG Cap | Take one capsule (50 MG) by mouth each evening *consent form on file * ***crush/empty*** |
| BOP | Continue | Rx | 413807-BRO | LacriPure PF OPTH vials 5ml [ 98count] | use in affected eyes as directed on box **non-formulary approved until: 12/26/21** |
| BOP | Continue | Rx | 412999-BRO | prednisoLONE Ace. Ophth Susp 1%, 10 ml | *SHAKE WELL* and Instill one drop in both eyes each day |

## Bureau of Prisons
## Health Services
## Medical Duty Status

| Reg #:  20407-038 | Inmate Name:  CLAUDE, EVENS |
|---|---|

### Housing Status

| | | | |
|---|---|---|---|
| ___ confined to the living quarters except  ___meals  ___pill line  ___treatments | Exp. Date: | | |
| ___ on complete bed rest:  ___bathroom privileges only | Exp. Date: | | |
| X cell:  ___cell on first floor  ___single cell  X lower bunk  ___airborne infection isolation | Exp. Date: | 06/30/2023 |
| ___ other: _____ | Exp. Date: | | |

### Physical Limitation/Restriction

| | |
|---|---|
| ___ all sports | Exp. Date: _____ |
| ___ weightlifting:  ___upper body  ___lower body | Exp. Date: _____ |
| ___ cardiovascular exercise:  ___running  ___jogging  ___walking  ___softball | Exp. Date: _____ |
|                         ___football  ___basketball  ___handball  ___stationary equipment | |
| ___ other: _____ | Exp. Date: _____ |

### May have the following equipment in his / her possession:

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Contact Lenses | 11/18/2016 | | |

Inmate received new hard contacts from Naphcare provider. Left and Right extended wear lens. As per the Ophthalmologist these lenses can be worn for approximately 1 year. Patient also has light green contact case.

### Work Restriction / Limitation:

Cleared for Food Service:  **No** _____

X  No Restrictions

**Comments:**  N/A

| **Dukate, Angela HSA/RN** | **02/16/2023** |
|---|---|
| Health Services Staff | Date |

| Inmate Name: | CLAUDE, EVENS | Reg #: | 20407-038 | Quarters: | K05 |
|---|---|---|---|---|---|

*ALL EXPIRATION DATES ARE AT 24:00*

## Bureau of Prisons
## Health Services
## Medical Duty Status

Reg #:  20407-038                          Inmate Name:  CLAUDE, EVENS

### Housing Status

___ confined to the living quarters except  ___ meals  ___ pill line  ___ treatments      Exp. Date: _____

___ on complete bed rest:  ___ bathroom privileges only                                    Exp. Date: _____

___ cell:  ___ cell on first floor  ___ single cell  ___ lower bunk  ___ airborne infection isolation    Exp. Date: _____

___ other: _____                                Exp. Date: _____

### Physical Limitation/Restriction

___ all sports                                                                             Exp. Date: _____

___ weightlifting:  ___ upper body  ___ lower body                                         Exp. Date: _____

___ cardiovascular exercise:  ___ running  ___ jogging  ___ walking  ___ softball          Exp. Date: _____
___ football  ___ basketball  ___ handball  ___ stationary equipment

___ other: _____                                Exp. Date: _____

### May have the following equipment in his / her possession:

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Contact Lenses | 11/18/2016 | | |

Inmate received new hard contacts from Naphcare provider. Left and Right extended wear lens. As per the Ophthalmologist these lenses can be worn for approximately 1 year. Patient also has light green contact case.

### Work Restriction / Limitation:

Cleared for Food Service:  **No** _____

 X  No Restrictions

**Comments:**  Inmate has Keratoconjunctivitis due to decreased tear production in both eyes.
Inmate should be moved to quarters where there is no fans blowing in his direction.  This would help support his ocular surface.

| Greene, Robert T. Jr (MAT) MD, RPh, CD | 07/15/2023 |
|---|---|
| Health Services Staff | Date |

Inmate Name: **CLAUDE, EVENS**        Reg #: **20407-038**    Quarters: **K05**

*ALL EXPIRATION DATES ARE AT 24:00*

# Bureau of Prisons
# Health Services
# Medical Duty Status

Reg #:  20407-038                          Inmate Name:   CLAUDE, EVENS

## Housing Status

__ confined to the living quarters except  __meals  __pill line  __treatments     Exp. Date: _____

__ on complete bed rest:        __bathroom privileges only                          Exp. Date: _____

X cell:  __cell on first floor  __single cell  X lower bunk  __airborne infection isolation  Exp. Date:   12/31/2022

__ other: _____  Exp. Date: _____

## Physical Limitation/Restriction

__ all sports                                                                          Exp. Date: _____

__ weightlifting:  __upper body  __lower body                                        Exp. Date: _____

__ cardiovascular exercise:  __running  __jogging  __walking  __softball            Exp. Date: _____
                              __football  __basketball  __handball  __stationary equipment

__ other: _____  Exp. Date: _____

## May have the following equipment in his / her possession:

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Contact Lenses | 11/18/2016 | | |

Inmate received new hard contacts from Naphcare provider. Left and Right extended wear lens. As per the Ophthalmologist these lenses can be worn for approximately 1 year. Patient also has light green contact case.

## Work Restriction / Limitation:

Cleared for Food Service:  **No** _____

X No Restrictions

Comments:  inmate with a h/o dry eyes due to a h/o bilateral penetrating keratoplasty in both eyes, now wearing scleral contact lenses.
Inmate should avoid sleeping in areas where there are fans due to his dry eye situation.

Greene, Robert T. Jr. (MAT) M.D., RPh.,C.D.                                     04/15/2022
Health Services Staff

Inmate Name:        **CLAUDE, EVENS**        Reg #:     20407-038    Quarters:    Z02

*ALL EXPIRATION DATES ARE AT 24:00*

## CONSULTATION REPORT

### U.S. DEPARTMENT OF JUSTICE          FEDERAL BUREAU OF PRISONS

| | |
|---|---|
| **Name:**  CLAUDE, EVENS<br>**Reg. #:**  20407-038<br>**DOB:**  01/14/1975 | **Referred By:** FCI FORT DIX<br>**Attending:** SHAH, HIMANSHU |

| CHIEF COMPLAINT: | Keratoconus, both eyes. | |
|---|---|---|
| Date of Visit:<br>08/11/2017 | Dictation Received:<br>08/11/2017 | Dictation Transcribed:<br>08/11/2017 |

**Sensitive but Unclassified**

### CONSULTATION

Patient has a history of keratoconus in both eyes. Complains of eye pain and burning in both eyes. Patient has lost his contacts from both eyes. Patient complains of irritation in both eyes. Visual acuity with rigid gas permeable contact lens fitting comes to 20/30 in both eyes. Pupils are reactive. Lids normal. Conjunctivae pink. Cornea graft is clear. There is no edema and no folds. There is SPK with fluorescein staining and decreased _____ in both eyes. Patient has corneal guttata in both eyes. Anterior chambers deep and quiet. Iris normal. Lens clear. Dye fluorescein exam shows cup-to-disc ratio is 0.2. The macular is flat and the retina is flat. Intraocular pressure is 19 right eye and 16 in the left eye.

### IMPRESSION:
1. Keratoconus, both eyes.
2. Dry eyes.

### RECOMMENDATION:
1. Artificial tears, one drop both eyes 3-4 hours every day.
2. Patient to use Refresh p.m. ophthalmic ointment at nighttime for one month.
3. Once approved, we will dispense rigid gas permeable contacts to the facility again. Please have your Yolanda from NaphCare call me that the rigid gas permeable contacts are approved, then I will order them and send to the facility.

| Signature:<br><br>_____<br>         Himanshu Shah, MD | Location of Facility:<br>FCI Fort Dix |
|---|---|

*HS*
Job No: 037055 MT 0611

EXHIBIT 2

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | CLAUDE, EVENS | | | Reg #: | 20407-038 |
| Date of Birth: | 01/14/1975 | Sex: M Race:BLACK | | Facility: | PHL |
| Note Date: | 06/19/2018 14:36 | Provider: Laughingwell, Raeph MD | | Unit: | G02 |

Review Note - Consultation Report Review encounter performed at Health Services.

**Administrative Notes:**

   **ADMINISTRATIVE NOTE   1**     **Provider:** Laughingwell, Raeph MD

     Final Ophthalmology consultation report from 5/9/2018 reviewed.  Diagnoses:  1) Keratoconjuntivitis Sicca (dry eyes), and 2) Kerotoconus, s/p transplants OU.  Recommendations:  Restasis twice daily, and follow up for new contacts.

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Ophthalmology | 07/03/2018 | 07/03/2018 | Routine | No | |

    **Subtype:**

      Offsite Ophthalmology Appt

    **Reason for Request:**

      Follow up from visit on 5/9/2018.  New Contacts.

    **Provisional Diagnosis:**

      Keratoconjunctivitis Sicca OU, Keratoconus s/p transplants OU

**Copay Required:** No       **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Laughingwell, Raeph MD on 06/19/2018 14:41

EXHIBIT 3

# Bureau of Prisons
## Health Services
### Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | CLAUDE, EVENS | | | Reg #: | 20407-038 |
| Date of Birth: | 01/14/1975 | Sex: | M    Race: BLACK | Facility: | PHL |
| Note Date: | 05/09/2018 15:13 | Provider: | Laughingwell, Raeph MD | Unit: | G02 |

Review Note - Orders encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE  1**        **Provider:** Laughingwell, Raeph MD

Recommendation/prescription for Ophthalmologic consultation performed on 5/9/2018.

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | cycloSPORINE Opth Emulsion 0.05% | 05/09/2018 15:13 | 1 drop In Affected Eye(s) Both Eyes -  Two Times a Day x 180 day(s) |

**Indication:** Keratoconus, unspecified, Blindness, both eyes, Cornea transplant

**Copay Required:** No        **Cosign Required:**  No
**Telephone/Verbal Order:**  No

Completed by Laughingwell, Raeph MD on 05/10/2018 10:48

EVENS CLAUDE
20407 038
FEDERAL CORRECTIONAL INSTITUTION DANBURY
ROUTE 37
DANBURY, CT
        06811



X-RAY SCREEN
COMPLETED

OFFICE OF THE CLERK
U.S DISTRICT COURT
915 LAFAYETTE BLVD
BRIDGEPORT, CT
        06604

Case 3:24-cv-01289-VDO Document 1 Filed 08/05/24 Page 43 of 43